# THOMPSON
# COE

Thompson, Coe, Cousins & Irons, L.L.P.
Attorneys and Counselors

Karen Lovely
Direct Dial: (713) 403-8394
klovely@thompsoncoe.com

Austin
Dallas
Houston
Los Angeles
Saint Paul



December 1, 2015

***Via Hand Delivery***

First Court of Appeals
Attn: Kim
301 Fannin Street, Room 208
Houston, Texas 77002-2066

> Re: No. 01-14-00907-CV; *Crum & Forster Specialty Insurance Company v. Creekstone Builders, Inc., et al.*; in the Court of Appeals for the First District of Texas at Houston

Dear Kim:

Per our conversation, enclosed please find our firm check in the amount of $15.00 to cover the filing fee of the *MOTION FOR EN BANC RECONSIDERATION.*

If you have any questions, please call.

Sincerely,

Karen Lovely
Assistant to Andrew L. Johnson

/kl

Enclosure *(as stated)*

2325123v1
05060.795

One Riverway | Suite 1400 | Houston, TX 77056 | (713) 403-8210 | Fax: (713) 403-8299